IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00458-BNB

GARY STEVENS,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
RANDY LIND, and
JAMES FOX,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

In an order filed on March 5, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

On April 18, 2008, Plaintiff filed a "Motion for Certification of the Class," a "Motion for the Appointment of Counsel – Class Action," a "Memorandum of Law in Support of the Plaintiff's Motion for the Appointment of Class Action Counsel," and an "Affidavit in Support of the Plaintiff's Motion for the Appointment of Counsel." However, Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause

why he is unable to pay the initial partial filing fee. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00458-BNB

Gary Stevens
Reg. No. 91669
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  May 1, 08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk