IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00458-ZLW

GARY STEVENS,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
RANDY LIND, and
JAMES FOX,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 8 2008

GREGORY C. LANGHAM
    CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Gary Stevens, filed *pro se* on May 16, 2008, a "Motion in Objection to Magistrate Order of Dismissal for Failure to Meet § 1915 Initial Payment." Mr. Stevens asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment that were filed in this action on May 1, 2008. The Court must construe the motion liberally because Mr. Stevens is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Stevens' motion to reconsider, which was filed more than ten days after the Court's Judgment was entered in this action, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See* ***Massengale v. Oklahoma Bd. of Examiners in Optometry***, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action because Mr. Stevens failed either to pay the initial partial filing fee required pursuant to 28 U.S.C. § 1915(b)(1) or to show cause why he was unable to pay the initial partial filing fee. Mr. Stevens alleges in the motion to reconsider that he requested a money order to pay the initial partial filing fee on March 24, 2008, and that prison officials issued a money order on April 4, 2008. Mr. Stevens attaches to the motion to reconsider a copy of the money order request form he submitted on March 24, that apparently was received and approved on April 4. However, he fails to attach a copy of a receipt from this Court for payment of the initial partial filing fee, and the Court's docketing records do not indicate that the Court has received payment for the initial partial filing fee from Mr. Stevens.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Stevens fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Mr. Stevens is reminded that the Court dismissed the instant action without prejudice. If Mr. Stevens wishes to pursue his claims, he may do so by filing a new action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion in Objection to Magistrate Order of Dismissal for Failure to Meet § 1915 Initial Payment" filed on May 16, 2008, is denied.

DATED at Denver, Colorado, this 28 day of May, 2008.

BY THE COURT:

*Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00458-BNB

Gary Stevens
Reg. No. 91669
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/28/8

GREGORY C. LANGHAM, CLERK

By: _Angie_
Deputy Clerk